In the Matter of MICHAEL LEE, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 29, 2014; decided March 26, 2015

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]). Motion for poor person relief dismissed as academic.

Judge STEIN taking no part.